# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CAROLYN C. LAMB, EDMUND A. CHESTER, and CYNTHIA CHESTER,** | ) ) ) | 8:09CV95 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER ON MOTION TO EXTEND PROGRESSION ORDER** |
| **ITT CORPORATION,** | ) ) | |
| Defendant. | ) | |

**IT IS ORDERED** that the parties' Joint Motion to Extend Progression Deadlines, (Filing No. 32), is granted and all deadlines contained in the Court's March 8, 2010, Initial Progression Order are extended by thirty (30) days.

Dated this 15th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge