# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CAROLYN C. LAMB, EDMUND A. CHESTER, and CYNTHIA CHESTER,** | ) ) ) | 8:09CV95 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **AMENDED ORDER ON MOTION TO EXTEND PROGRESSION ORDER** |
| **ITT CORPORATION,** | ) ) | |
| Defendant. | ) | |

**IT IS ORDERED** that the parties' Joint Motion to Extend Progression Deadlines, (Filing No. 32), is granted. All deadlines contained in the Court's March 8, 2010, Initial Progression Order are extended by thirty (30) days, with the exception of the telephone planning conference, which conference will remain scheduled for August 16, 2010, at 9:30 a.m. Central Daylight Time.

Dated this 15th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge