IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CAROLYN C. LAMB, EDMUND A. CHESTER, and CYNTHIA CHESTER,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| | ) | 8:09CV95 |
| v. | ) ) | ORDER |
| **ITT CORPORATION ,** | ) ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge on August 10, 2010, by Dirk V. Block, counsel for the plaintiff, and Sara Z. Moghadam, counsel for the defendant,

**IT IS ORDERED that:**

1. On or before **September 3, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The telephone planning conference previously scheduled is cancelled upon the representation that this case is settled.

DATED this 10th day of August, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge