IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLYN C. LAMB, EDMUND A. CHESTER, and CYNTHIA CHESTER, | ) ) ) | Case No. 8:09CV95 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| ITT CORPORATION, | ) ) | |
| Defendant. | ) | |

The Court, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice (filing no. 39), and otherwise being fully advised in the premise, hereby dismisses the above-captioned matter with prejudice, each party to pay its own costs.

Dated this 3rd day of September, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief District Judge

Prepared and Submitted by:
Krista L. Kester, No. 19320
Woods & Aitken LLP
301 South 13th Street, Suite 500
Lincoln, Nebraska 68508
Telephone: (402) 437-8500
Attorneys for Defendant